**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| RYAN SHEPHERD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 23-cv-14774 |
| | ) | |
| DLA PIPER US LLP, | ) | Honorable John Robert Blakey |
| | ) | |
| Defendant. | ) | |

**UNOPPOSED**
**MOTION FOR AN EXTENSION OF TIME**

The Plaintiff RYAN SHEPHERD (hereinafter referred to as "SHEPHERD") moves this Court for an extension of time to identify his expert and produce any required reports due to the extensive settlement negotiations that have been occurring for the past month between the parties. In support of this motion, SHEPHERD states:

1. On January 29, 2026, this Court entered an order (Document #57) which required, among other things, that SHEPHERD identify his expert and produce any required reports by February 27, 2026.

2. Since the entry of that order, the parties have been engaging in extensive negotiations to settle this case.

3. The parties have made substantial progress with regard to the settlement of this matter and anticipate that in the next three weeks, they should know whether a settlement will be reached or if they will need the assistance of Magistrate Jantz to consummate the settlement.

1

4.      SHEPHERD, therefore, requests this Court's indulgence in giving him an additional month to identify his expert and submit his report so that he can continue to devote his energies to consummating a settlement of this matter.

5.      On February 23, 2026, SHEPHERD's attorney spoke with Martin O'Hara, one of the attorneys for the Defendant DLA PIPER US LLP (hereinafter referred to as "DLA PIPER") concerning this motion.

6.      Mr. O'Hara indicated that DLA PIPER does not have an objection to this motion.

WHEREFORE, the Plaintiff RYAN SHEPHERD requests that this Court grant his motion and enter an order that reschedules the expert discovery in this case so that the parties can continue to work extensively on settling this matter. SHEPHERD's proposes that he be given from February 27, 2026 to March 27, 2026 to identify his expert and to submit his expert report, that DLA PIPER depose SHEPHERD's expert by April 30, 2026, DLA PIPER to identify its expert and produce any required report by May 29, 2026 and that SHEPHERD depose DLA PIPER's expert by June 30, 2026. SHEPHERD further requests that the submission of the parties' joint status report be reset to March 30, 2026, at which time the parties should have a better idea as far as the prospect of settlement of this matter. SHEPHERD requests that this Court award him such other relief as this Court may deem appropriate.

Respectfully submitted,


/s/ Joel F. Handler
Joel F. Handler (#1115812)
One E. Wacker Drive, Suite 2505
Chicago, Illinois 60601
(312) 832-0008
jhandler@handlerlawgroup.com
Attorney for the Plaintiff,
RYAN SHEPHERD