**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| RYAN SHEPHERD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 23-cv-14774 |
| | ) | |
| DLA PIPER US LLP, | ) | Honorable John Robert Blakey |
| | ) | |
| Defendant. | ) | |

**NOTICE OF MOTION**

To:    Martin J. O'Hara
Laura A. Elkayam
Much Shelist, P.C.
191 N. Wacker Drive, Suite 1800
Chicago, Illinois 60606
mohara@muchlaw.com
lekayam@muchlaw.com

**PLEASE TAKE NOTICE** that on **March 4, 2026** at **11:00 a.m.**, or as soon thereafter as counsel may be heard, I shall appear before the *Honorable John Robert Blakey*, or any judge sitting in his stead, in Courtroom 1203 at the United States District Court for the Northern District of Illinois in person at 219 S. Dearborn Street, Chicago, Illinois 60604 or by telephone (instructions to be provided by the Court) and shall then and there present the following, a copy of which is attached and hereby served upon you:

- *Unopposed Motion for an Extension of Time*

Respectfully submitted,

/s/ Joel F. Handler
Joel F. Handler (#1115812)
One E. Wacker Drive, Suite 2505
Chicago, Illinois 60601
(312) 832-0008
jhandler@handlerlawgroup.com
Attorney for the Plaintiff,
RYAN SHEPHERD

1

## CERTIFICATE OF SERVICE

The undersigned, being first duly sworn on oath, deposes and states that he served the above-listed document via CM/ECF Document Filing System on **February 26, 2026**.

/s/ Joel F. Handler