## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DISTRICT

RYAN SHEPHERD,                )
                             )
        Plaintiff,        )
                             )
   v.                          )     Case No. 23-14774
                             )
DLA PIPER US LLP,            )     Honorable John Robert Blakey
                             )
        Defendant.        )

## JOINT STATUS REPORT

Pursuant to this Court's order entered March 2, 2026 (Document #60), the parties advise this Court that they just agreed to a settlement of this matter. The Plaintiff has reviewed the proposed settlement agreement tendered by the Defendant and has made certain modifications to that agreement.

The parties request this Court's indulgence in allowing them until April 24, 2026 to submit a joint stipulation to dismiss this matter.

Respectfully submitted,

/s/ Joel F. Handler
JOEL F. HANDLER (#1115812)
One E. Wacker Drive, Suite 2505
Chicago, Illinois 60601
(312) 832-0008
jhandler@handlerlawgroup.com
Attorney for the Plaintiff,
RYAN SHEPHERD

/s/ Martin J. O'Hara
MARTIN J. O'HARA (#6229971)
Much Shelist, P.C.
191 N. Wacker Drive, Suite 1800
Chicago, Illinois 60606
(312) 521-2000
mohara@muchlaw.com
Attorney for the Defendant,
DLA PIPER US LLP